**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-6863**

---

MARCEL ROMAINS WALLACE,

Plaintiff - Appellant,

v.

RENETTA BUTTS; WANDA BAZEMORE,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Richard E. Myers, II, Chief District Judge.  (5:23-ct-03005-M-RJ)

---

Submitted:  June 18, 2026                          Decided:  June 23, 2026

---

Before GREGORY and RUSHING, Circuit Judges, and KEENAN, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Marcel Romains Wallace, Appellant Pro Se.  Christina Jansen Banfield, HARRIS, CREECH, WARD & BLACKERBY, New Bern, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marcel Romains Wallace appeals the district court's order denying relief on his 42 U.S.C. § 1983 complaint. Wallace has also moved for oral argument. We have reviewed the record and find no reversible error. Accordingly, we deny Wallace's motion and affirm the district court's order. *Wallace v. Butts*, No. 5:23-CT-3005-M-RJ (E.D.N.C. Sept. 10, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*